# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** David Arreola (English)  **Dkt No.:** 09CR04538-001-DMS

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge

**Sentence:** 120 months in custody, 15 years of supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** September 10, 2010

**Date Supervised Release to Commence:** August 3, 2018

**Prior Violation History:** None.

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**(Special Condition)**
Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of up to 120 days.

Be monitored while under supervision with location monitoring technology at the discretion of the probation officer, which shall be utilized for the purposes of verifying compliance with any court-imposed condition of supervision. The offender shall pay all or part of the costs of location monitoring based on their ability to pay as directed by the court and/or probation officer.

### CAUSE

Mr. Arreola is currently in the custody of the U.S. Bureau of Prisons (BOP) and is scheduled to be released on August 3, 2018. Presently, the offender has no proposed release residence and will be essentially homeless upon his release from custody.

That said, it is respectfully recommended that the above-indicated special conditions of supervised release be imposed to address the offender's lack of housing. This officer will attempt to secure a RRC placement for Mr. Arreola upon his release, thus providing him with housing during his transition to the community. Because Mr. Arreola has to register as a sex offender, shelters in San Diego, California, will not accept him. The undersigned is not aware of any social services agencies in the community that provide housing resources for sex offenders.

Should the offender be unable to secure appropriate housing and is homeless in the community, this officer believes he should be monitored via GPS technology. The location monitoring technology may also be utilized as a supervision tool to verify compliance with other conditions and to more accurately review Mr. Arreola's activity.

Therefore, this officer requests the modifications indicated above to address the housing issues outlined herein. Attached for Your Honor's review is a Waiver of Hearing to Modify Conditions of Probation/Supervised Release, signed by Mr. Arreola, in which he assents to the proposed modifications of the conditions of supervision.

Respectfully submitted:

by _____
Scott A. Kiefer
U.S. Probation Officer
(619) 409-5119

Reviewed and approved:

_____
Jennifer K. Walker
Supervising U.S. Probation Officer

FYC

Attachments:

**THE COURT ORDERS:**

✓ The Modification of Conditions as Noted Above

___ Other _____

_____
The Honorable Dana M. Sabraw
U.S. District Judge

Date: 6-26-17