# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** David Arreola (English)  **Dkt No.:** 09CR04538-001-DMS

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge

**Sentence:** 120 months' custody; 15 years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Modification:** On June 26, 2017, conditions modified to include Residential Reentry Center up to 120 days and location monitoring technology.

**Date of Sentence:** September 10, 2010

**Date Supervised Release Commenced:** August 3, 2018

**Prior Violation History:** None.

## PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**Remit:**

2. Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

3. Not possess any materials such as videos, magazines, photographs, computer images or other matter that depicts "sexually explicit conduct" involving children and/or adults, as defined by 18 U.S.C. § 2256(2); and not patronize any place where such materials or entertainment are available.

4. Not have unsupervised contact with any child under the age of 18, unless in the presence of a supervising adult (who is aware of the defendant's deviant sexual behavior and conviction), and with the prior approval of the probation officer.

6. Not associate with or have any contact with any sex offenders unless in an approved treatment and/or counseling setting.

11. Consent to the installation of systems that will enable the probation officer to monitor computer use or any computer owned or controlled by the offender. The offender may be required to pay for the cost of installation of the computer software. ·

12. Complete a sex offender evaluation, which may include periodic psychological, physiological testing, and completion of the ABEL assessment, at 1'te direction of the court or probation officer; and that the defendant participate and successfully complete an approved state-certified sex offender treatment program, "including compliance with all lifestyle restrictions and treatment requirements of the program. The offender will allow

reciprocal release of information between the probation officer and the treatment provider. The offender may also be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

13. Not use or possess devices which can communicate data via modem or dedicated connection and may not have access to the Internet without the court or probation officer's permission. You shall consent to the installation of systems that will enable the probation officer to monitor computer use on any computer owned or controlled by you. The offender shall pay for the cost of installation of the computer software.

**Modify:**

**(Special Condition)**
Submit your person, property, residence, abode, vehicle, papers, computer, social media accounts, any other electronic communications or data storage devices or media, and effects to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of probation/supervised release or unlawful conduct, and otherwise in the lawful discharge of the officer's duties. 18 U.S.C. §§ 3563 (b)(23); 3583 (d)(3). Failure to submit to a search may be grounds for revocation; you must warn any other residents that the premises may be subject to searches pursuant to this condition.

**(Special Condition)**
Not possess or view any materials such as videos, magazines, photographs, computer images or other matter that depicts "sexually explicit conduct" involving children as defined by 18 USC § 2256(2) and/or "actual sexually explicit conduct" involving adults as defined by 18 USC § 2257(h)(1), and not patronize any place where such materials or entertainment are the primary material or entertainment available.

**(Special Condition)**
Not initiate any contact (personal, electronic or otherwise) or associate with anyone under the age of 18, unless in the presence of a supervising adult who is aware of the offender's deviant sexual behavior and nature of offense and conviction, with the exception of the offender's biological children, unless approved in advance by the probation officer.

**(Special Condition)**
Not associate with, or have any contact with, any known sex offenders unless in an approved treatment and/or counseling setting.

**(Special Condition)**
Not use or possess any computer, computer-related devices (pursuant to 18 U.S.C. § 1030(e)(1)), which can communicate data via modem, dedicated connections or cellular networks, and their peripheral equipment, without prior approval by the court or probation officer, all of which are subject to search and seizure. The offender must consent to installation of monitoring software and/or hardware on any computer or computer-related devices owned or controlled by the offender that will enable the probation officer to monitor all computer use and cellular data. The offender must pay for the cost of installation of the computer software.

**(Special Condition)**
Complete a sex offender evaluation, which may include periodic psychological, physiological testing, and completion of a visual reaction time (VRT) assessment, at the direction of the court or probation officer. If deemed necessary by the treatment provider, the offender shall participate and successfully complete an approved state-certified sex offender treatment program, including compliance with treatment requirements of the program. The Court authorizes the release of the presentence report, and available psychological evaluations to the treatment provider, as approved by the probation officer. The offender will allow reciprocal release of information between the probation officer and the treatment provider. The offender may also be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay. Polygraph examinations may be used following completion of the formal treatment program as directed by the probation officer in order to monitor adherence to the goals and objectives of treatment and as a part of the containment model.

## CAUSE

✓ Since Mr. Arreola's sentencing on September 10, 2010, the U.S. Probation Office has made changes to some of the special conditions ordered in these types of cases. Specifically, several of the sex offender specific conditions have been updated to reflect Ninth Circuit case law or were updated to address supervision strategies for this unique population. The sex offender treatment condition has been updated to include ongoing polygraph testing after the completion of formal sex offender treatment. This change will allow the probation officer to more effectively monitor the supervisee's adherence to treatment goals throughout supervised release and is a part of the containment model approach. The computer monitoring condition and contact with other known sex offenders have been modified to include the updated verbiage reflected above. Additionally, given that Mr. Arreola registers as a sex offender, the Adam Walsh Act (AWA) search condition is recommended. This condition will also allow the probation officer to more effectively monitor his compliance with supervised release conditions.

The above noted conditions have been modified to assist Mr. Arreola in meeting his supervision and treatment goals. He agrees with the modifications as evidenced by his signature on the attached waiver of hearing form.

Respectfully submitted:　　　　　　　　　　　　　　Reviewed and approved:

by _____　　　　　　　　　　　_____
Dawn M. Bachtold　　　　　　　　　　　　　　　　　Paula D. Burke
Senior U.S. Probation Officer　　　　　　　　　　　　Supervising U.S. Probation Officer
(619) 557-6488

　　　　　　　　　　　　　　　　　　　　　　　　　BDC For MQ

Attachments:

## THE COURT ORDERS:

✓　The Modification of Conditions as Noted Above

___　Other _____


_____　　　　　　　　　　　　　8-30-19
The Honorable Dana M. Sabraw　　　　　　　　　　　Date
U.S. District Judge